UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN BALLOUT,

    Plaintiff,

v.

LAW360, *et al.*,

    Defendants.

Case No. 25-cv-12939
Hon. Matthew F. Leitman

_____/

## ORDER (1) DENYING PLAINTIFF'S MOTION TO COMPEL A RULE 26(f) CONFERENCE (ECF No. 15); AND (2) GRANTING DEFENDANTS' MOTION TO STAY (ECF No. 19)

Now before the Court are two motions: (1) Plaintiff's Motion to Compel a Rule 26(f) Conference (ECF No. 15) and (2) Defendants' Combined Motion to Stay Case Proceedings (ECF No. 19).

The Court **DENIES** Plaintiff's Motion to Compel a Rule 26(f) Conference (ECF No. 15). The Defendants have indicated that they plan to file a motion to dismiss. (*See* Mot. to Stay, ECF No. 19, PageID.119.) The motion to dismiss, if granted in whole or in part, could obviate the need to hold such a conference and/or could impact the scope of the conference. The Court therefore concludes that it is premature to schedule a Rule 26(f) conference.

The Court **GRANTS** Defendants' Combined Motion to Stay Case Proceedings (ECF No. 19). The Court believes the most efficient path forward in

this action is to stay proceedings pending resolution of the Defendants' forthcoming motion to dismiss because the resolution of that motion will impact whether this action proceeds forward and the scope of the action (if it does proceed). Therefore, these proceedings are **STAYED** with the exception of proceedings on Defendants' forthcoming motion to dismiss.

    **IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: October 27, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 27, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126