UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN BALLOUT,

    Plaintiff,

v.

LAW360, *et al.*,

    Defendants.

Case No. 25-cv-12939
Hon. Matthew F. Leitman

---

## ORDER CHANGING TIME OF STATUS CONFERENCE AND PROHIBTING FILING OF ADDITIONAL MOTIONS UNTIL FURTHER ORDER OF THE COURT

The Court previously scheduled a virtual status conference for 9:30 a.m. on Friday, December 19, 2025. That conference will now begin at **9:00 a.m.** that same morning, Friday, December 19, 2025. The parties and counsel can use the same log-in information that the Court previously sent to them.

In addition, there shall be no further motions of any kind filed by any party until further order of the Court.

**IT IS SO ORDERED**.

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: November 24, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 24, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5113
