UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN BALLOUT,

    Plaintiff,

v.

LAW360, *et al.*,

    Defendants.

Case No. 25-cv-12939
Hon. Matthew F. Leitman

---

## AMENDED ORDER CHANGING TIME OF STATUS CONFERENCE AND PROHIBTING FILING OF ADDITIONAL MOTIONS UNTIL FURTHER ORDER OF THE COURT

The Court previously scheduled a virtual status conference for 9:30 a.m. on Friday, December 19, 2025.  That conference will now begin at **9:00 a.m.** that same morning, Friday, December 19, 2025.  The parties and counsel can use the same log-in information that the Court previously sent to them.

In addition, there shall be no further motions of any kind filed by any part until further order of the Court.  All deadlines, including but not limited to Defendants' deadlines to respond to Plaintiff's November 12, 2025 First Amended Complaint (ECF No. 31), are hereby stayed and held in abeyance pending further order of this Court.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 24, 2025

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 24, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5113