UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN BALLOUT,

    Plaintiff,

v.

                                   Case No. 25-cv-12939
                                   Hon. Matthew F. Leitman

LAW360, *et al.*,

    Defendants.
_____/

## **ORDER ON STATUS CONFERENCE**

On December 19, 2025, the Court held a status conference. For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

- The following filings on the docket are **ADMINISTRATIVELY TERMINATED** without prejudice:

  - Plaintiff's Motion to Establish Defamation and False Imputation (ECF No. 7);

  - Defendants' Motion to Strike Plaintiff's Motion to Establish Defamation and False Imputation (ECF No. 25);

  - Plaintiff's Motion to Strike Defendants' Service Objection and for Sanctions (ECF No. 39); and

  - Plaintiff's Motion for Judicial Notice (ECF No. 40).

- Defendants' Motion to Dismiss (ECF No. 24) is **TERMINATED AS MOOT** because it is directed at Plaintiff's original complaint and an amended complaint has now been filed.

- By not later than **January 9, 2026**, Defendants shall file a new motion to dismiss.  Plaintiff shall have 30 days to respond to Defendants' new motion to dismiss.  Defendants shall then have 14 days to file a reply.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 19, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126