UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN BALLOUT,

        Plaintiff,                      Case No. 25-cv-12939
                                            Hon. Matthew F. Leitman

v.

LAW360, *et al.*,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (ECF No. 51)

On July 22, 2026, the Court held a hearing on Defendants' motion to dismiss Plaintiff Dr. Benjamin Ballout's First Amended Complaint. (*See* Mot., ECF No. 51.) For the reasons explained on the record during the motion hearing, the motion is **GRANTED** and Ballout's claims against the Defendants are **DISMISSED WITH PREJUDICE**. Finally, Ballout's oral request at the hearing to file a Second Amended Complaint is **DENIED** for the reasons stated on the record.

    **IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  July 22, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 22, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2