UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN BALLOUT,

      Plaintiff,

v.

LAW360, *et al.*,

      Defendants.

Case No. 25-cv-12939
Hon. Matthew F. Leitman

_____/

## **<u>JUDGMENT</u>**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
       Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 22, 2026
Detroit, Michigan

1